UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOME POINTE FINANCIAL
CORPORATION,

       Plaintiff,

v

FIDELITY DIRECT MORTGAGE, LLC,

       Defendant.

Case No. 23-11514

Hon. Sean F. Cox

---

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before this Honorable Court by stipulation of the parties through their respective counsel and the Court being fully advised that the parties have agreed to a Settlement Agreement and Release that will resolve all claims that were or could have been brought in this action,

**IT IS HEREBY ORDERED** that the above-entitled cause be and the same is dismissed with prejudice and without costs to any party.

This Order resolves all pending claims and closes the captioned case.

**SO ORDERED**.

Dated: December 27, 2023

s/Sean F. Cox
Sean F. Cox
U. S. District Judge

Respectfully submitted,

/s/Erik Johnson w/consent
Erik Johnson (P85017)
Plunkett Cooney
Attorney for Plaintiff
38505 Woodward Ave. Ste 100
Bloomfield Hills, MI 48304
(248) 433-2311
ejohnson@plunkettcooney.com

/s/ Courtney A. Krause w/consent
Courtney A. Krause (P70581)
Garan Lucow Miller, P.C.
Attorney for Defendant
1155 Brewery Park Blvd. Ste 200
Detroit     MI     48207
(313) 446-5522
ckrause@garanlucow.com

Dated: December 19, 2023

2